IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WAYNE CAVALLI,<br><br>    Petitioner,<br><br>  vs.<br><br>MICHAEL MARTELL, Warden, Mule Creek State Prison,<br><br>    Respondent. | No. 2:09-cv-00063-JKS<br><br>ORDER |

  Carl Wayne Cavalli, a state prisoner appearing *pro se*, filed a Petition for Habeas Corpus Relied Under 28 U.S.C. § 2254.  In his Petition, Cavalli challenged the September 19, 2007, decision of the Board of Parole Hearings denying him parole for a period of one year.  At the time he filed his Petition, Cavalli was in the custody of the California Department of Corrections and Rehabilitation, incarcerated at the Mule Creek Prison.  It appears from the record that Cavalli is no longer incarcerated and this matter may, therefore, be moot.

  **IT IS THEREFORE ORDERED THAT** within **21 days** of the date that this Order is served, Respondent must advise this Court of Cavalli's current custodial status, if any.

  Dated:  December 17, 2010.

                    /s/ James K. Singleton, Jr.
                    JAMES K. SINGLETON, JR.
                    United States District Judge