IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WAYNE CAVALLI,<br><br>               Petitioner,<br><br>vs.<br><br>MICHAEL MARTELL, Warden, Mule Creek State Prison,<br><br>               Respondent. | No. 2:09-cv-00063-JKS<br><br>ORDER DISMISSING PETITION |

      Carl Wayne Cavalli, a state prisoner appearing *pro se*, filed a Petition for Habeas Corpus Relief Under 28 U.S.C. § 2254. In his Petition, Cavalli challenged the September 19, 2007, decision of the Board of Parole Hearings denying him parole for a period of one year. At the time he filed his Petition, Cavalli was in the custody of the California Department of Corrections and Rehabilitation, incarcerated at the Mule Creek State Prison. Because it appeared from the record that Cavalli was no longer incarcerated and this matter may, therefore, be moot, on December 17, 2010, this Court entered an Order directing the parties to advise the Court of Cavalli's current custodial status.[1] In response to the Court's Order, Cavalli informed the Court that he had been released on parole and withdrew his Petition.[2] Respondent concurs that Cavalli has been released on parole and that this matter is now moot.[3]

---

    [1] Docket No. 13.

    [2] Docket No. 14.

    [3] Docket No. 15.

Treating Cavalli's response as an unopposed motion to dismiss the Petition under Federal Rule of Civil Procedure 41(a)(2), for cause shown,

**IT IS THEREFORE ORDERED THAT** the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DISMISSED**.

The Clerk of the Court is to enter judgment accordingly.

Dated:  January 20, 2011.

                /s/ James K. Singleton, Jr.
                JAMES K. SINGLETON, JR.
                United States District Judge